**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| EURO JOSE CHACON-DIAZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00217-AGF |
| | ) | |
| SECRETARY MARKWAYNE MULLIN, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner names numerous Respondents in his Petition, including Gary Stolzer, in his official capacity as the Sheriff of Ste. Genevieve County and custodian of the Ste. Genevieve County Detention Center, where Petitioner is being detained. ECF No. 1 at 1. As warden of the Ste. Genevieve County Detention Center, Sheriff Stolzer is the proper Respondent in this action. *See* 28 U.S.C. § 2242, ¶ 2. The Court takes judicial notice that the U.S. Attorney's Office will be representing Sheriff Stolzer. *See Samkharadze v. Mullin*, No. 1:26-cv-101-RWS, ECF No. 1 at 1 n. 1 (E.D. Mo. filed May 26, 2026) (government's response confirming local warden as proper party respondent and explaining that pursuant to an intergovernmental agreement, the U.S. Attorney has agreed to represent the Sheriff). As such, the Court will order that "Gary Stolzer, Warden of Ste. Genevieve County Jail" be substituted as the proper Respondent in this matter, and as set forth in the Case Management Order (ECF No. 4), the U.S. Attorney's Office will be served on his behalf.

The Case Management Order shall remain in effect.

Dated this 8th day of October, 2026.

Audrey G. Fleissig

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE