**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| EURO JOSE CHACON-DIAZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00217-AGF |
| | ) | |
| SECRETARY MARKWAYNE MULLIN, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Pursuant to Petitioner's Notice (ECF No. 10),

**IT IS HEREBY ORDERED** that any reply by Petitioner to the Government's response is due no later than **October 26, 2026**.

Dated this 20th day of October, 2026.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE